## B. L. HERRING v. STATE.

No. A-4335. Opinion Filed July 14, 1924.

(227 Pac. 1118.)

Appeal from District Court, Alfalfa County; Jas. B. Cullison, Judge.

B. L. Herring was convicted of uttering a forged instrument, and sentenced to serve a term of 3½ years in the penitentiary, and he appeals. Appeal dismissed.

Giddings & Giddings, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. B. L. Herring, plaintiff in error, moves this court to dismiss his appeal. Motion allowed, and appeal dismissed.